UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DIEMIRUAYA OGHENEAKPOR DENIRAN,

                          Plaintiff,

          -against-

MUSEUM OF MODERN ART, et al.,

                         Defendants.

----------------------------------------------------------------X

21-CV-9660 (AJN)(SN)

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 3/15/2022 __

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff's amended complaint was due by February 5, 2022. See ECF No. 11. As of the issuance of this order, Plaintiff has filed no amended complaint.

    No later than March 29, 2022, Plaintiff must file either his amended complaint or his opposition to Defendants' motion to dismiss. If Plaintiff fails to do so, the Court will consider Defendants' motion to dismiss unopposed and ready for resolution.

    The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 15, 2022
              New York