USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DIEMIRUAYA OGHENEAKPOR DENIRAN,

                    Plaintiff,                    21-CV-9660 (AJN)(SN)

      -against-                                  <u>ORDER</u>

MUSEUM OF MODERN ART, et al.,

                    Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Plaintiff's continued failure to file his amended complaint or his opposition to Defendants' motion to dismiss, the Court considers Defendants' motion to dismiss unopposed and fully briefed. The Court will resolve Defendants' motion in due course.

      The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 1, 2022
                New York, New York